IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 13, 2008

Charles R. Fulbruge III
Clerk

No. 08-60132
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

CARL CRAFT

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:06-CR-154-16

Before STEWART, OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Carl Craft pleaded guilty to one count of possession of implements used to make counterfeit payroll checks. The district court imposed a non-guideline sentence of 60 months in prison, which was twice the advisory guidelines range maximum of 30 months. Craft argues that this sentence is substantively unreasonable.

The record shows that the district court specifically considered Craft's criminal history, his victimization of vulnerable codefendants, the need to deter

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his future criminal conduct, the need to protect the public, the need to promote respect for the law, and the need to provide a just punishment. We conclude that the district court did not abuse its discretion in sentencing Craft because it properly considered the 18 U.S.C. § 3553(a) factors and provided sufficiently detailed reasons for arriving at the sentence imposed. See Gall v. United States, 128 S. Ct. 586, 596-97 (2007); United States v. Williams, 517 F.3d 801, 808-09 (5th Cir. 2008). Furthermore, the extent of the variance was not unreasonable given the evidence before the district court. See United States v. Simkanin, 420 F.3d 397, 419 (5th Cir. 2005); United States v. Rajwani, 476 F.3d 243, 251-53 (5th Cir.), modified on reh′g, 479 F.3d 904 (5th Cir. 2007).

Accordingly, the judgment of the district court is AFFIRMED.